# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**RANDALL RAY NICKS**                                    **PLAINTIFF**


v.                          **No. 2:10-cv-175-DPM**


**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**              **DEFENDANT**

## JUDGMENT

The Court affirms the denial of benefits. Nicks's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2012